FILED
SEP 07 2010
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSALYN L. MARCUS, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY GEITHNER, <br> Secretary of the Treasury, *et al.*, <br><br> Defendants. | Civil Action No. 10-1508 |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to the complaint filed against the same defendants in a civil action now pending in this Court. *See Marcus v. Dep't of Treasury*, No. 1:09-cv-01686 (RMU) (D.D.C. Sept. 3, 2009). The Court will dismiss the instant civil action as duplicative.

An Order is issued separately.

/s/ Reggie B. Walton
United States District Judge

DATE: August 31, 2010